**Electronically Filed**
**Supreme Court**
**SCWC-16-0000386**
**05-NOV-2019**
**08:04 AM**

SCWC-16-0000386

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CARI SALAVEA, also known as CARI CARVEIRO,
Petitioner/Defendant-Appellant.

———

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000386; CASE NO. 1PC151000608)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's application for writ of certiorari, filed on September 9, 2019, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, November 5, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

